In the Matter of the Examination of VERONICA LYNCH, Judgment Debtor, in Proceedings Supplementary to Execution. BRACKETT H. CLARK, Appellant, *v.* VERONICA LYNCH, Respondent.

*Matter of Lynch,* 83 Hun, 462, affirmed.
(Argued June 9, 1896; decided October 6, 1896.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made October 2, 1894, which reversed an order of the county judge of Monroe county, directing the judgment debtor to pay to the sheriff the amount of the judgment and costs, or be committed to jail.

*Myron T. Bly* for appellant.

*George W. Thomas* for respondent.

Order affirmed on opinion below, with costs.
Concur, GRAY, O'BRIEN, BARTLETT, MARTIN, JJ.; not sitting, HAIGHT, J.; not voting, VANN, J.

---

ANDREW J. ROGERS, Appellant, *v.* ELIZABETH PATTERSON et al., Impleaded, etc., Respondents.

*Rogers* v. *Patterson,* 79 Hun, 483, affirmed.
(Argued June 11, 1896; decided October 6, 1896.)

APPEAL from final judgment of the General Term of the Supreme Court in the first judicial department, entered September 20, 1894, and from an order and interlocutory judgment of the General Term, entered July 30, 1894, and August 8, 1894, respectively, which sustained demurrers to the complaint and reversed an interlocutory judgment of the court at Special Term overruling the demurrers.

*George M. Baker* for appellant.

*Charles Fox* for respondents.

Judgment affirmed on opinion below, with leave to plaintiff to amend his complaint within twenty days upon payment of costs.
All concur.